1   Michael E. Cardoza, Esq.,   (SBN 52264)
    Jacqueline C. Fagerlin, Esq. (SBN 187732)
2   Tiffany K. O'Connor, Esq.   (SBN 232507)
    THE CARDOZA LAW OFFICES, INC.
3   1220 Oakland Blvd., Suite 200
    Walnut Creek, California 94596
4   Telephone: (925) 274-2900
    Facsimile:  (925) 274-2910
5   email: tiffany@cardolaw.com

6   Attorneys for Plaintiffs

7

8                   UNITED STATE DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  KURT FORD and JUDY MENA,                 ) Case No. 12-CV-05824-PJH
                                             )
12              Plaintiffs,                  ) **STIPULATION FOR DISMISSAL OF**
                                             ) **ACTION** AND  ORDER
13      vs.                                  )
                                             )
14  CONTRA COSTA COUNTY; JASON               )
    HOSCHOUER; JASON HAYNES; and             )
15  DOES 1 through 60, inclusive,            )
                                             )
16              Defendants.                  )
                                             )
17  _____ )

18

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

---

**STIPULATION FOR DISMISSAL OF ACTION**
**12-CV-05824-PJH**

1    This Stipulation is entered into by the parties, through their respective counsel, that
2  the above entitled action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the
3  Federal Rules of Civil Procedure.

4    Counsel for Plaintiffs and Defendants, by and through their signatures below,
5  represent that they have informed their representative clients and have been given consent
6  from their clients for this dismissal.

7

8  Dated: August 20, 2013                    THE CARDOZA LAW OFFICES, INC.

9

10                                           By:___/s/_____
                                                Tiffany O'Connor, Esq.
11                                              Attorney for Plaintiffs
                                                Email: tiffany@cardolaw.com
12

13
   Dated: August 20 , 2013                   CONTRA COSTA COUNTY COUNSEL
14

15                                           By:_____/s/_____
16                                              D. Cameron Baker, Esq.
                                                Attorney for Defendants
17                                              Email:  cameron.baker@cc.cccounty.us

18

19

20

21                      8/21/13

22

23                                    IT IS SO ORDERED

24

25                                    Judge Phyllis J. Hamilton

26

27

28

---

**STIPULATION FOR DISMISSAL OF ACTION**
**12-CV-05824-PJH**                   2