1  Michael E. Cardoza, Esq.,    (SBN 52264)
   Jacqueline C. Fagerlin, Esq. (SBN 187732)
2  Tiffany K. O'Connor, Esq.   (SBN 232507)
   THE CARDOZA LAW OFFICES, INC.
3  1220 Oakland Blvd., Suite 200
   Walnut Creek, California 94596
4  Telephone: (925) 274-2900
   Facsimile:  (925) 274-2910
5  email: tiffany@cardolaw.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATE DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  KURT FORD and JUDY MENA,           ) Case No. 12-CV-05824-PJH
                                       )
12           Plaintiffs,               ) **STIPULATION FOR DISMISSAL OF**
                                       ) **ACTION** AND ORDER
13      vs.                            )
                                       )
14  CONTRA COSTA COUNTY; JASON         )
    HOSCHOUER; JASON HAYNES; and       )
15  DOES 1 through 60, inclusive,      )
                                       )
16           Defendants.               )
                                       )
17                                     )

18  _____

19  \\\

20  \\\

21  \\\

22  \\\

23  \\\

24  \\\

25  \\\

26  \\\

27  \\\

28  \\\

**STIPULATION FOR DISMISSAL OF ACTION**
**12-CV-05824-PJH**

1   This Stipulation is entered into by the parties, through their respective counsel, that
2 the above entitled action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the
3 Federal Rules of Civil Procedure.
4   Counsel for Plaintiffs and Defendants, by and through their signatures below,
5 represent that they have informed their representative clients and have been given consent
6 from their clients for this dismissal.

8   Dated: August 20, 2013                    THE CARDOZA LAW OFFICES, INC.

10                                             By:___/s/_____
                                                  Tiffany O'Connor, Esq.
11                                                Attorney for Plaintiffs
                                                  Email: tiffany@cardolaw.com

14  Dated: August 20 , 2013                   CONTRA COSTA COUNTY COUNSEL

16                                             By:____/s/_____
                                                  D. Cameron Baker, Esq.
17                                                Attorney for Defendants
                                                  Email:  cameron.baker@cc.cccounty.us

8/21/13

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR DISMISSAL OF ACTION
12-CV-05824-PJH                                       2